| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | JEAN M. HOBLER<br>CHRISTIAAN H. HIGHSMITH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

**FILED**

JUL 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TONY HERRIN,

    Defendant.

CASE NO. 2:14-CR-0180 TLN

[~~PROPOSED~~] ORDER TO SEAL

(UNDER SEAL)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney CHRISTIAAN H. HIGHSMITH to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 7/3/14

_____
The Honorable ~~Allison Claire~~ DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT      1