1  BENJAMIN B. WAGNER
   United States Attorney
2  NAME OF ATTORNEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JUL - 7 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              CASE NO. 2:14-CR-00180 TLN

12 |                Plaintiff,

13 |         v.                              [~~PROPOSED~~] ORDER TO UNSEAL ~~SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT~~ INDICTMENT

14 | TONY HERRIN,

15 |                Defendant.

16

17      The government's request to unseal the Indictment and this case is GRANTED.

18

19 Dated: 7/7/2014

20                                    _____
                                      HON. CAROLYN K. DELANEY
21                                    U.S. Magistrate Judge